Certificate Number: 05781-NV-DE-041427933

Bankruptcy Case Number: 26-15010

05781-NV-DE-041427933

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2026, at 8:30 o'clock AM PDT, Richard Cardona Amarista completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Nevada.

Date: September 10, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President